LAW OFFICE OF FERNANDO L. COSIO

FERNANDO L. COSIO 3940
Attorney at Law
1050 Bishop Street # 244
Honolulu, HI. 96813
Telephone: (808) 533-6007
E-mail:   condorlaw@aol.com

Attorney for Plaintiff
JUAN MANUEL DELGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| JUAN MANUEL DELGADO, | CIVIL NO. 21-00058 DKW  KJM |
|---|---|
| Plaintiff, | |
| vs. | |
| MONTY WILKINSON, Acting United States Attorney General; KENNETH T. CUCCINELLI, Acting Secretary of the Department of Homeland Security; DAVID GULICK, District Director, U.S. Citizenship and Immigration Services; CHRISTOPHER M. ROBINSON, Honolulu Field Office Director of U.S. Citizenship and Immigration Services; | PLAINTIFF'S NOTICE OF DISMISSAL OF  PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT OF MANDAMUS AND REQUEST FOR EMERGENCY TEMPORARY RESTRAINING ORDER FILED ON JANUARY 22, 2021 |
| Defendants. | Judge:  The Honorable     DERRICK K. WATSON |

# PLAINTIFF'S NOTICE OF DISMISSAL OF PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT OF MANDAMUS AND REQUEST FOR EMERGENCY TEMPORARY RESTRAINING ORDER FILED ON JANUARY 22, 2021

Pursuant to *Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure*, Plaintiff JUAN MANUEL DELGADO hereby notices his dismissal of Plaintiff's Original Complaint for Writ of Mandamus and Temporary Restraining Order which he filed on January 22, 2021, against the above-named Defendants MONTY WILKINSON, Acting Secretary of the U.S. Department of Homeland Security; KENNETH T. CUCCINELEI, Acting Senior National Director, U.S. Citizenship and Immigration Services; DAVID GULICK, District Director, U.S. Citizenship and Immigration Services; and CHRISTOPHER M. ROBINSON, Honolulu Field Office Director of U.S. Immigration and Naturalization Services.

No Defendant has served an answer to the above-referenced complaint or Request for Emergency Restraining Order nor a motion for summary judgment.

DATED: <u>January 29, 20121</u>, Honolulu, Hawaii.

                                                                s/FERNANDO L. COSIO
                                                                _____
                                                                FERNANDO L. COSIO
                                                                Attorney for Plaintiff
                                                                JUAN MANUEL DELGADO

___

JUAN MANUEL DELGADO v. MONTY WILKINSON, ET AL.; 21 CV 00058; Plaintiff's Notice of Dismissal of Original Complaint for Writ of Mandamus and Emergency TRO.